608

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JACK LANDIS, JR., Petitioner-Appellant.

(No. 73-130; )

Fifth District—July 2, 1973.

PER CURIAM.

Robert E. Farrell, Deputy Defender, of Defender Project, of Mt. Vernon, for appellant.

Herbert J. Lantz, Jr., State's Attorney, of Chester, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* KENNETH FIELDS, Defendant-Appellant.

(No: 70-140; )

Fifth District—July 5, 1973.